UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 09, 2010

FILED
CLERK'S OFFICE

IN RE: METHOD OF PROCESSING ETHANOL
BYPRODUCTS AND RELATED SUBSYSTEMS
('858) PATENT LITIGATION

    GS CleanTech Corp. v. Adkins Energy, LLC,    )
        N.D. Illinois, C.A. No. 1:10-4391         )        MDL No. 2181

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 6, 2010, the Panel transferred ten civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Larry J. McKinney.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge McKinney.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of August 6, 2010, and, with the consent of that court, assigned to the Honorable Larry J. McKinney.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel