**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION | MDL No. 2181 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –3)**

On August 6, 2010, the Panel transferred 10 civil action(s) to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 730 F.Supp.2d 1379 (J.P.M.L. 2010). Since that time, 2 additional action(s) have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Larry J McKinney.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge McKinney.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Indiana for the reasons stated in the order of August 6, 2010, and, with the consent of that court, assigned to the Honorable Larry J McKinney.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: METHOD OF PROCESSING ETHANOL
BYPRODUCTS AND RELATED SUBSYSTEMS
('858) PATENT LITIGATION                                    MDL No. 2181

## SCHEDULE CTO–3 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 13–01287 | GS Cleantech Corporation v. Aemetis, Inc. et al |
| CAE | 2 | 13–01042 | GS Cleantech Corporation v. Pacific Ethanol, Inc. |
| **IOWA NORTHERN** | | | |
| IAN | 5 | 13–04065 | GS Cleantech Corporation v. Little Sioux Corn Processors, LLLP |
| IAN | 6 | 13–02058 | GS CleanTech Corporation v. Homeland Energy Solutions LLC |
| **IOWA SOUTHERN** | | | |
| IAS | 1 | 13–00021 | GS CleanTech Corporation v. Southwest Iowa Renewable Energy, LLC |
| **MINNESOTA** | | | |
| MN | 0 | 13–01387 | GS Cleantech Corporation v. Guardian Energy, LLC |
| **NEW YORK WESTERN** | | | |
| NYW | 1 | 13–00724 | GS Cleantech Corporation v. Western New York Energy, LLC |